**Opinion issued August 20, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00048-CV

————————————

**JAMES H. JOHNSON, Appellant**

**V.**

**CROCKETT POLICE, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-34029**

---

## MEMORANDUM OPINION

Appellant, James H. Johnson, attempts to appeal the trial court's dismissal of the underlying case in a judgment signed on July 8, 2014. We dismiss the appeal for want of jurisdiction because appellant's notice of appeal filed over four years later, on January 8, 2019, was untimely.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended to ninety days after the date the judgment is signed if, within thirty days after the judgment is signed, any party timely files a motion for new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a); TEX. R. CIV. P. 329b(a), (g). The time to file a notice of appeal may also be extended if, within fifteen days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3.

Appellant's January 8, 2019 notice of appeal was untimely filed over four years after the deadline. *See* TEX. R. APP. P. 26.1. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1. On June 6, 2019, the Clerk of this Court notified appellant that this appeal was subject to dismissal for want of jurisdiction unless he demonstrated this Court had jurisdiction over this appeal. Appellant failed to file a response.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.

2